UNITED STATES DISCTRICT COURT
for the
Middle District of Tennessee

> ORDER:
> This motion is granted. Initial case management conference is RESCHEDULED to February 5, 2013, at 10:00 a.m.
>
> John Bryant,
> USMJ

| | |
|---|---|
| J.W., the Student, and C.W. the Student's Parent/Guardian<br>Plaintiffs<br><br>v.<br><br>Clarksville/Montgomery County School System<br>Respondents | Civil Action No. 3-12 1083 |

## MOTION FOR CONTINUANCE

Plaintiffs, by and through counsel, Merriel Bullock-Neal and pursuant to Rule 7 of the Federal Rules of Civil Procedure Moves this Court for a Continuance of the Case Management Conference in this matter. As grounds for this Motion, Plaintiffs would show this Court that:

1. To perfect service of the Summons on the Clarksville/Montgomery County School System.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, J.W., the Student, and C.W. the Student's Parent/Guardian, requests that this matter be continued for 45 days to perfect service of the Summons on the Clarksville/Montgomery County School System.

Respectfully submitted,

//s// Merriel Bullock-Neal
Merriel Bullock-Neal, BPR #022703
235 C Dunbar Cave Road
Clarksville, TN 37043
(931) 551-8300; nealoffice235@aol.com
Attorney for Petitioners