UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.W., *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | No. 3:12-01083 |
| ) | Judge Nixon/Bryant |
| CLARKSVILLE/MONTGOMERY COUNTY ) | |
| SCHOOL SYSTEM, ) | |
| ) | |
| Defendant ) | |

### O R D E R

The Senior District Judge has granted Plaintiffs' motion for continuance and has rescheduled the trial of this case to September 16, 2014 (Docket Entry No. 28).

Counsel shall confer and shall file by **September 30, 2013**, a proposed revised case management order containing revised pretrial deadlines consistent with the new trial date.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge