IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.W., The Student, and C.W., The Student's Parent/Guardian,<br><br>Plaintiffs,<br><br>v.<br><br>CLARKSVILLE/MONTGOMERY COUNTY SCHOOL SYSTEM,<br><br>Defendant. | No. 3:12-cv-01083<br><br>Judge Nixon<br>Magistrate Judge Bryant |

## ORDER

Pending before the Court is Defendant Clarksville/Montgomery County School System's Motion for Permission to File Reply to Petitioners' Response to Defendant's Motion to Ascertain Status of Case ("Motion") (Doc. No. 39), filed with a proposed Reply (Doc. No. 39-1). The Motion is **GRANTED**; the Court will consider the Reply when ruling on Defendant's Motion to Ascertain Status.

It is so ORDERED.

Entered this __26__ day of June, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT