IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

J.W., the Student, and C.W., the Student's
Parent/Guardian                                                                    PLAINTIFFS

VS.                              3:12-CV-01083-BRW

CLARKSVILLE/MONTGOMERY
COUNTY SCHOOL SYSTEM                                                      DEFENDANT

## ORDER

**Defendant's Motion in Limine to Limit Issue to Whether the CMCSS Could Implement J.W.'s IEP at Weems Academy (Doc. No. 75) is GRANTED.** Based on Judge Nixon's April 6, 2015 Order,[1] the only issue ripe for trial are whether Weems could implement J.W.'s IEP. If it could not, the reassignment to Weems would be a change in educational placement.

**Defendant's Motion in Limine in Limine to Prohibit Testimony or Evidence Concerning Matters Predating March 31, 2011 (Doc. No. 76) is GRANTED.** It seems to me that issues that were previously resolved event happening before March 31, 2011 may not be relitigated here and are not relevant to the current issue, *i.e.*, whether Weems could implement J.W.'s IEP.

If counsel believes any information pertaining to things which occurred before the settlement might be helpful for background, it might be permitted in brief form.

IT IS SO ORDERED this 29th day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 64.